## STATE, EX REL. ATTORNEY GENERAL V. PRICE.

(Decided November 23, 1911.)

Original petition in Supreme Court.

R. C. BRICKELL, Attorney General, for the State. GEORGE H. PARKER, and JOHN C. EYSTER, for appellee.

Per curiam. Information dismissed on motion of Attorney General.

---

## STROTHER, ET AL. V. TUMLIN.

(Decided January 18, 1912.)

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## TAYLOR V. VAN HOOKS, ET AL.

(Decided November 16, 1911.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

STALLINGS & DRENNEN, for appellant. ALLEN & BELL, for appellee.

DOWDELL, C. J.—Affirmed for want of assignment of error.

---

## WILKINSON V. T. K. BRANTLEY & SON, ET AL.

(Decided January 16, 1912.)

APPEAL from Coffee Chancery Court.

Heard before Hon. L. D. GARDNER.

J. F. SANDERS, for appellant. FOSTER, SAMFORD & CARROLL, for appellee.

Per curiam. Dismissed by agreement.